UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARA NGUYEN,

            Plaintiff,

-v-

BOQUERIA UES LLC and BOQUERIA OPERATIONS LLC,

            Defendants.

CIVIL ACTION NO.: 20 Civ. 8324 (LTS) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on November 12, 2020, with Defendants' Answer due on November 24, 2020. (ECF Nos. 8–9). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **December 7, 2020** and to file a Motion for Default Judgment in accordance with Judge Swain's Individual Practices, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **December 28, 2020**.

Dated:     New York, New York
             November 30, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**