# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:   (212) 465-1188
cklee@leelitigation.com

December 8, 2020

**Via ECF**
The Honorable Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Nguyen v. Boqueria UES LLC et al*
Case No. 20-cv-08324-LTS-SLC

Dear Judge Cave:

We are counsel to Plaintiff in the above-captioned matter and write to respectfully request that the Court stay its November 30, 2020 Order to initiate default proceedings (Dkt. No. 10). Since that Order was issued, Plaintiff has been in contact with Defendant, who states it was unaware that it had been served and is presently working to assign counsel to this case. As soon as Defendant does so, the parties intend to file a stipulation extending Defendant's time to answer. For this reason, we do not believe moving for a default judgment will be necessary. We propose that the parties be allowed until January 31, 2020 to either file this stipulation or provide the Court with an update.

We thank the Court for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

---

The requested extension is GRANTED.

By **January 31, 2021**, the parties shall file a stipulation extending Defendants' time or answer or a status report.

The Clerk of Court is respectfully directed to close the Motion at ECF No. 13.

SO ORDERED     12/9/2020

SARAH L. CAVE
United States Magistrate Judge